IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KELLIE LANDRIO,                                                                                           PLAINTIFF
ADC #139252

VS.                                    CASE NO. 5:08CV00311 SWW

SGT. CORLEY                                                                                               DEFENDANT

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 13th day of February, 2009.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE