IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KELLIE LANDRIO,                                                                               PLAINTIFF
ADC #139252

VS.

SGT. CORLEY                                           CASE NO. 5:08CV00311 SWW

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that plaintiff's complaint against defendant is hereby dismissed without prejudice, for failure to state a claim.

SO ADJUDGED this 13th day of February, 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE